478 A.2d 72

Commonwealth v. Goodroe, Appellant.
Petition for Allowance of Appeal
Granted Nov. 16, 1984.

Submitted March 5, 1984. James A. Lammendola, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

478 A.2d 72

Commonwealth v. Gray, Appellant.
Petition for Allowance of Appeal
Denied Sept. 25, 1984.

Argued March 28, 1984. Susan Antonelli Flynn, Assistant Public Defender, for appellant; Stanley R. Ott, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The order reimposing the judgment of sentence of the learned Montgomery County Common Pleas Court Judge Mason Avrigian is affirmed.